**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**LOLISA R. MITCHELL,**

          **Plaintiff(s),**        **CASE NUMBER: 05-71609**

                                      **HON. VICTORIA A. ROBERTS**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

          **Defendant(s).**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE**

On May 12, 2006, Magistrate Judge Mona K. Majzoub submitted a Report and Recommendation **[Doc. 13]** recommending that the Court dismiss Plaintiff's Complaint for failure to prosecute. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, **DISMISSES** the Complaint and finds Defendant's Motion for Summary Judgment **MOOT**.

    **IT IS SO ORDERED.**

                                              S/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated:  June 13, 2006

The undersigned certifies that a copy of this document was served on the attorneys of record and pro se plaintiff by electronic means or U.S. Mail on June 13, 2006.

S/Carol A. Pinegar
Deputy Clerk